# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>    Defendant. | 8:19CR108<br><br>**ORDER** |

  **THIS MATTER** is before the court on the motion of Howard N. Kaplan to withdraw as counsel for the defendant, Vincent J. Palermo (Filing No. 11). James M. Davis has filed an entry of appearance as retained counsel for Vincent J. Palermo. Howard N. Kaplan's motion to withdraw (Filing No. 11) is granted.

  Howard N. Kaplan shall forthwith provide James M. Davis any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Kaplan which are material to Vincent J. Palermo's defense.

  The clerk shall provide a copy of this order to Howard N. Kaplan.

  **IT IS SO ORDERED.**

  Dated this 10th day of May, 2019.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge