IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>VINCENT PALERMO,<br><br>           Defendant,<br><br>And<br><br>VOYA FINANCIAL,<br><br>           Garnishee. | **8:19-CR-108**<br><br>**ORDER GRANTING MOTION TO TEMPORARILY SEAL** |

This matter comes before the Court on Plaintiff's *Ex Parte* Motion to Temporarily Seal filings in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment.

IT IS HEREBY ORDERED that the Clerk of the District Court shall temporarily seal the Motion to Seal and all further filings in this action until the Writ of Garnishment in this action has been served at which time the documents filed pursuant to this Order shall be unsealed and placed in the court file. The Clerk of the District Court will serve a copy of this order and the Order to Issue Writ of Garnishment on the United States of America.

Dated this 14th day of February, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge