IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VINCENT J. PALERMO<br><br>　　　　　　Defendant. | 8:19-CR-108<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on Plaintiff's Ex Parte Application for Writ of Garnishment. Filing 40. The United States moves this Court for a writ of garnishment under 28 U.S.C. § 3205(b). This Court sentenced Defendant to four years of probation, a $35,000 fine, $21,209 in restitution, and a $75 special assessment. Filing 34. According to Plaintiff, Defendant has paid $21,944.97 towards these amounts. Filing 40. This amount has been credited towards the complete restitution, special assessment, and $725 of the fine. Plaintiff contends $34,339.09[1] of debt remains. Filing 40 at 1.

　　　　In its application, the United States represents, "Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from January 8, 2020 and the debtor has failed to satisfy the debt." Filing 40 at 1. Pursuant to the Court's December 19, 2019, Judgment in a Criminal Case, Defendant was allowed satisfy the $35,000.00 fine in monthly payments of $800.00 beginning on February 1, 2020. Filing 34 at 4, ¶ (*l*). Defendant made a payment pursuant to the Judgment on Monday, February 3, 2020, which was the first business day of February.

　　　　Pursuant to 28 U.S.C. § 3205, an application of a writ of garnishment must include (1) the judgment debtor's identification information; (2) nature and amount of debt owed and "the facts

---

[1] The Court's own records reflect a remaining balance of $34,275.00.

that not less than 30 days has elapsed since demand on the debtor for payment of the debt was made and the judgment debtor had not paid the *amount due*"; (3) and that the garnishee is believed to be in possession of property in which the debtor has a substantial nonexempt interest. 28 U.S.C. § 3205(b)(1) (emphasis added). Mr. Palermo has complied with the requirements of the Judgment by paying the amount currently due (monthly $800 payments). Thus, the conditions for issuance of an order of garnishment under 28 U.S.C. § 3205(b)(1) are not met. Accordingly, the Court finds that Plaintiff's application fails to satisfy the requirements of 28 U.S.C. § 3205(b)(1) and is denied.

IT IS THEREFORE ORDERED:

1. Plaintiff's Ex Parte Application for a Writ of Garnishment (Filing 40) is denied.

Dated this 20th day of February, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge