IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>                Defendant. | 8:19CR108<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Sean P. Lynch, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Lesley A. Woods, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

                UNITED STATES OF AMERICA, Plaintiff

                Sincerely,


                SUSAN LEHR
                Acting United States Attorney
                District of Nebraska


       By:    s/ Sean P. Lynch
                SEAN P. LYNCH, #25275
                Assistant U.S. Attorney
                1620 Dodge Street, Ste. 1400
                Omaha, Nebraska  68102
                Tel: (402) 661-3700
                Fax: (402) 661-3084
                E-mail: sean.lynch@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Sean P. Lynch<br>Assistant U.S. Attorney