IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>              Defendant. | 8:19CR108<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of Donald J. Kleine, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Lesley A. Woods and Steven A. Russell, who are no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

                                          UNITED STATES OF AMERICA, Plaintiff

                                          SUSAN LEHR
                                          Acting United States Attorney
                                          District of Nebraska

                         By:    s/ Donald J. Kleine
                                          DONALD J. KLEINE, #22669
                                          Assistant U.S. Attorney
                                          1620 Dodge Street, Suite 1400
                                          Omaha, NE  68102-1506
                                          Tel:  (402) 661-3700
                                          Fax:  (402) 661-3084
                                          E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                        s/ Donald J. Kleine
                                                        Assistant U.S. Attorney